APPENDIX G

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

1 & 1 Internet, Inc.

v.

Human Contact Solutions, Inc.

FILED
MAR 10 2015
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

15  1197

Civil Action No: _____

## DISCLOSURE STATEMENT FORM

Please check one box:

[X]  The nongovernmental corporate party, __1 & 1 Internet, Inc.__, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

[ ]  The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____
_____

3-9-15
Date

_____ (signature)
Signature

Counsel for: __Plaintiff 1 & 1 Internet, Inc.__

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
(a) WHO MUST FILE; CONTENTS. A nongovernmental corporate party must file two copies of a disclosure statement that:
   (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or
   (2) states that there is no such corporation.

(b) TIME TO FILE; SUPPLEMENTAL FILING. A party must:
   (1) file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
   (2) promptly file a supplemental statement if any required information changes.

MAR 10 2015